# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TERRI WASHBURN | * | |
| v. | * | Civil No. – JFM-13-2954 |
| UNITED STATES OF AMERICA | * | |

## MEMORANDUM

Terri Washburn has filed a petition to quash third-party summonses issued by the Internal Revenue Service. B.W. by and through his next friend, William H. Jackson, Jr., has filed motions to intervene and a motion to quash of his own. The motions will be denied.

The summonses were properly issued for the purpose of ascertaining the liability, if any, of Terri Washburn and her husband, Timothy Washburn. Further, the record establishes that Terri Washburn had actual notice of the summonses.

It is not clear that B.W.'s motion to intervene is procedurally proper. It would seem that if he desired to quash the summonses, he should have filed suit as a petitioner. In any event, B.W. appears to be the minor child of the Washburns. Accordingly, he too has actual notice of the summonses by virtue of the knowledge of his parents. Again, the information sought in the summonses is relevant to a determination of the Washburn's tax liability, if any. It is an entirely different question as to whether any gifts properly made to him can be used to satisfy any tax liability.

A separate order effecting the rulings made in this memorandum is being entered herewith.

Date: January 2, 2014     __/s/_____
                                          J. Frederick Motz
                                          United States District Judge