IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TERRI WASHBURN | * | |
| | * | |
| v. | * | Civil No. – JFM-13-2954 |
| | * | |
| UNITED STATES OF AMERICA | * | |

******

**MEMORANDUM**

Terri Washburn has filed a motion for evidentiary hearing (in which she requests that this court amend its order of January 2, 2014) and a motion for limited discovery. Shannon Washburn has filed a motion for order quashing summonses and Nathan Washburn and Maegan Washburn have filed motions to intervene and petitions to quash. All motions will be denied.

This court correctly ruled on January 2, 2014 that the government could properly obtain records of bank accounts in the names of Nathan, Maegan, and Shannon Washburn. It might be that those records would reveal that Terri Washburn has made gifts to her children when they were minors and might assist in the collection of Ms. Washburn's husband's assessed tax liability for the tax period 2001 and for assessing tax liabilities of her husband and herself for other years. Of course, it may also be that the bank records will not be helpful in those regards. Nevertheless, the government is entitled to review the records to assist it in collecting any assessed tax liability or for making other assessments.

A separate order denying the motions is being entered herewith.


Date:  March 14, 2014           ___/s/_____
                                J. Frederick Motz
                                United States District Judge

1